**United States District Court**
For the Northern District of California

1
2
3                        UNITED STATES DISTRICT COURT
4                        NORTHERN DISTRICT OF CALIFORNIA
5                            OAKLAND DIVISION
6
7    MARTHA BELLO NAVARRO,
8                    Plaintiff,              No. C 10-1815 PJH (PR)
9        vs.                                 **ORDER OF DISMISSAL**
10   FEDERAL CORRECTIONAL
     INSTITUTION, Dublin,
11
12                    Defendants.
     _____/
13
14       This is a civil rights case filed pro se by a state prisoner.  In the initial review order the
15   court concluded that plaintiff had failed to state a claim and dismissed the complaint with
16   leave to amend within thirty days.  Although the time to amend has expired, petitioner has
     not amended.  This case is **DISMISSED** with prejudice.
17
18       **IT IS SO ORDERED.**
19   Dated:  September 21, 2010.     _____
20                                          PHYLLIS J. HAMILTON
                                          United States District Judge
21
22
23
24
25
26
27
28   P:\PRO-SE\PJH\CR.10\Navarro1815.DSM.wpd